**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01491-CR
### No. 05-13-01492-CR

_____

## JUAN JOSHIOS ORTIZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Francis, Myers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the April 2, 2014 motion of Stephanie Hudson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Stephanie Hudson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Juan Joshios Ortiz, TDCJ No. 1679846, Gib Lewis Unit, 777 FM 3497, Woodville, Texas, 75990.

/ Lana Myers/
LANA MYERS
JUSTICE